UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE OF IMMIGRATION REVIEW
OFFICE OF THE IMMIGRATION JUDGE
HARLINGEN, TEXAS

In the matter of:                        )
                                         )                    DETAINED ALIEN
COSTA, Sergio E. Silva                   )                    File#: A78-320-732
                                         )
Respondent                               )
                                         )

## RESPONDENT'S MOTION TO REOPEN REMOVAL PROCEEDINGS
## AND
## FOR AN AUTOMATIC STAY OF REMOVAL

Now comes the above-named Respondent, through Counsel, and Moves this Honorable Immigration Judge to Reopen and Rescind the Order of Removal of July 9, 2001, for lack notice pursuant to Section 240(b)(5)(C) of the INA. Additionally, the Respondent requests an automatic stay of removal, pending adjudication of this motion, pursuant to INA Section 240(b)(5)(C). The Respondent is being held in the Suffolk County Correctional facility, Boston, Massachusetts, pending removal by the Immigration and Custom Enforcement Department.

In support of this request, Counsel has attached the following Memorandum of Law, and Respondent's Affidavit.

Respectfully Submitted,

Date: 2/9/04

Stephen A. Lagana, Esq.
Lagana & Associates
145 Essex Street
Lawrence, MA 01840
978 794-2331
BBO # 565811