UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SERGIO E. SILVA COSTA,  )<br>)<br>Petitioner  )<br>)<br>v.  )<br>)<br>BRUCE CHADBOURNE,  )<br>)<br>Respondent  )<br>) | Civil Action No. 04-V-10395-RWZ |

## RESPONDENT'S MOTION TO DISMISS

Respondent, Bruce Chadbourne, hereby moves to dismiss, pursuant to Fed. R. Civ. P. 12(b)(1) and (6), Sergio Silva Costa's Petition for Writ of Habeas Corpus and Request for Stay of Deportation. As set forth more fully in the Memorandum of Law filed herewith, this case must be dismissed because Petitioner failed to exhaust his administrative remedies and has made no colorable claim of legal error regarding his removal.

WHEREFORE, Respondent requests that the Court deny all relief sought by the Petition, dissolve the stay of removal and dismiss the Petition in its entirety.

Respectfully submitted,

BRUCE CHADBOURNE

By his attorney,

MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY

By: *[signature]*
Jeremy M. Sternberg
Assistant U.S. Attorney
1 Courthouse Way
Suite 9200
Boston, MA 02210
(617) 748-3142

Certificate of Service
I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each. Other party by mail/hand on _____

3-11-04        *[signature]*
DATE           Assistant U.S. Attorney

2