

Antonio Loura
56 Avalon Dr.
Taunton, MA 02780-7134

7001 1940 0007 5354 9171

